IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR286 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT RUFFCORN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Scott Ruffcorn appeared before the court on November 20, 2006 on a Petition for Summons for Offender Under Supervision [47]. The defendant was represented by Assistant Federal Public Defender Jeffrey Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior.  The defendant denies allegations.  The government's oral motion for detention is overruled. A status hearing will be scheduled is this matter.  The defendant was released on current conditions of supervision.

IT IS ORDERED:

1.  The Federal Public Defender is appointed to represent the defendant.

2.  The government's motion for detention is overruled.

2.   A status hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on January 2, 2007.**  Defendant must be present in person.

2.  Defendant is released on current conditions of supervision.

Dated this 21st day of November, 2006.

BY THE COURT:


 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge